U. S. BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
FORM 3015-3A

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

IN RE:  DAVID WADE SEXTON

CHAPTER 13

Case No.  16-61568-RBC

Debtor(s)

### AFFIDAVIT OF DEBTOR(S) REQUESTING CONFIRMATION OF PLAN

1. The undersigned affirm(s) that the statements below are true as of the date hereof and certifies that they will be true as of the date of confirmation of my/our chapter 13 plan and may be relied upon by the court unless notice in writing to the contrary is given to the trustee and the court at or prior to such time.

2. I/We have made all payments to secured creditors, personal property lessors and taxing authorities which have come due since the date on which this case was filed and which I/we were required to make directly to such creditor, lessor or taxing authority. I/we understand that such payments include all mortgage payments, car payments or other secured debts being paid directly, personal property leases, real estate taxes, personal property taxes, federal income taxes, and state income taxes which have come due since this case was filed.

3. Select either A. or B.:

    (A.)  Since the filing of this bankruptcy case, I/we have not been required by a judicial or administrative order, or by statute, to pay any domestic support obligation [as that term is defined in 11 U.S.C. section 101(14A)].

    B.  I/We have paid all amounts that first became due and payable after the filing of this bankruptcy case which I/we were required to pay under a domestic support obligation [as that term is defined in 11 U.S.C. section 101(14A)] required by a judicial or administrative order or by statute.

4. I/we have filed all federal, state, and local tax returns required by law to be filed for all taxable periods ending during the four year period ending on the date of the filing of this bankruptcy case.

**By signing this affidavit requesting confirmation of chapter 13 plan, I/we acknowledge that all of the above statements are true and accurate and that the Court may rely upon the truth of each of these statements in determining whether to confirm my/our Chapter 13 Plan. I/We understand that the Court may revoke confirmation of the Chapter 13 Plan if the statements relied upon are not accurate.**

Signed:

/s/ David W. Sexton
Debtor

/s/ _____
Debtor

Subscribed and sworn to before me, a Notary Public, by the debtor(s) named in this affidavit this 24th day of January, 2017.

/s/ Stuart C. Salmon
Notary Public # 7509638  Commonwealth of Virginia

My commission expires: 12/31/2019

~~**Attorney's Certification (If debtor(s) represented by an attorney):**~~

~~I certify that I am counsel of record for the debtor(s) and that I have reviewed this Affidavit requesting confirmation of Chapter 13 plan with the debtor(s). Further, I certify that I have complied with the provisions of Local Rule 3015-3. I am filing a copy of this Affidavit with the Court and with the Chapter 13 Trustee this _____ day of _____, 20___.~~

~~/s/ _____~~
~~Attorney for debtor(s)~~

~~**Debtor(s) Certification (If debtor(s) not represented by an Attorney):**~~

~~Yes    No    (circle one) I have viewed the DVD of the court's Chapter 13 Instructions.~~

~~Yes    No    (circle one) I have received, read and understand the Court's written Chapter 13 Instructions.~~

~~I certify that I am filing via first class mail or via the Court's CM/ECF system a true copy of this Affidavit requesting confirmation of Chapter 13 plan with the Court and with the Chapter 13 Trustee  this _____ day of _____, 20 ___.~~

_____    /s/_____
                                                                                    ~~Debtor~~

_____    /s/_____
                                                                                    ~~Debtor~~